# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BAILEY,<br><br>        Petitioner,<br><br>        v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Respondents. | NO. CV 12-7135 JST (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 31, 2012.

*/s/ Josephine Tucker*

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE